UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Susan Wilkinson and Michael Wilkinson,           Civil No. 07-2678 (PAM/JSM)

        Plaintiffs,

v.                                                              **ORDER**

The Ordway Group, LLC, Raymond Gottwalt,
Kyle Smith, Countrywide Home Loans,
Morris, Carlson & Hoelscher, P.A.,
and Prestige Solutions, LLC,

        Defendants.

---

On November 8, 2007, counsel for the above-named Plaintiffs and Defendants filed a Stipulation of Dismissal with Prejudice and Order for Dismissal (Docket No. 23) stating that Countrywide Home Loans, Inc. should be dismissed from this action with prejudice. Because the stipulation was signed by counsel for all parties who have appeared in and not been previously dismissed from the action, the dismissal is warranted. See Fed. R. Civ. P. 41(a)(1)(ii). Accordingly, **IT IS HEREBY ORDERED that**:

1. Claims asserted by Plaintiffs Susan Wilkinson and Michael Wilkinson against Defendant Countrywide Home Loans, Inc. are **DISMISSED with prejudice**; and

2. Each party shall bear its own attorneys' fees, costs, and disbursements.

Dated: November 9, 2007

                                                              s/ Paul A. Magnuson
                                                               Paul A. Magnuson
                                                               United States District Court Judge