## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Susan Wilkinson and Michael Wilkinson,

              Plaintiffs,

  v.

The Ordway Group, LLC, Raymond
Gottwalt, Conrad Smith, Carole Smith,
Kyle Smith, Countrywide Home Loans,
and Morris, Carlson & Hoelscher, P.A.,
Prestige Solutions, LLC,

              Defendants.

**Civil No. 07-CV-2678 PAM/JSM**

**ORDER FOR DISMISSAL WITH PREJUDICE**

_____

      Pursuant to Stipulation between the parties, all of the claims by and between Plaintiffs and Defendant The Ordway Group, LLC, Raymond Gottwalt, Kyle Smith, and Prestige Solutions, LLC are hereby dismissed, with prejudice, on the merits, and without costs or disbursements awarded to any of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  June 26 , 2008

s/Paul A. Magnuson
The Honorable Paul A. Magnuson
United States District Court Judge